## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: SOLANO, DANIEL LAWRENCE | § | Case No. 11-50324 |
| SOLANO, CAROLYN YVONNE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 29, 2011. The undersigned trustee was appointed on July 29, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         1,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 1,000.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/12/2012 and the deadline for filing governmental claims was 03/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $250.00, for a total compensation of $250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.48, for total expenses of $6.48.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2012         By: /s/JOHN S. LOVALD
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-50324
**Case Name:** SOLANO, DANIEL LAWRENCE
SOLANO, CAROLYN YVONNE
**Period Ending:** 04/16/12

**Trustee:** (610064) JOHN S. LOVALD
**Filed (f) or Converted (c):** 07/29/11 (f)
**§341(a) Meeting Date:** 08/23/11
**Claims Bar Date:** 03/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 123,900.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Black Hills Federal Credit Un<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - Pioneer Bank & Trust in banks<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 299.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account - Black Hills Federal Credit Uni<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | 4 bar stools, 2 end tables; Air compressor; Butc<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 895.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wedding rings<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2 fishing rods<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5.00 | 0.00 | DA | 0.00 | FA |
| 9 | Cobell vs. Salazar settlement agreement (Indian<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 |  | 100.00 | FA |
| 10 | Osage Tribal Mineral Trust<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 |  | 900.00 | FA |
| 11 | Accrued wages, 2011 tax refund<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 0.00 | DA | 0.00 | FA |
| 12 | 1997 Dodge Dakota Club Cab pickup | 2,075.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-50324  
**Case Name:** SOLANO, DANIEL LAWRENCE  
SOLANO, CAROLYN YVONNE  
**Period Ending:** 04/16/12

**Trustee:** (610064) JOHN S. LOVALD  
**Filed (f) or Converted (c):** 07/29/11 (f)  
**§341(a) Meeting Date:** 08/23/11  
**Claims Bar Date:** 03/12/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | 2006 Chrysler Sebring Touring Convertible<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,490.00 | 0.00 | DA | 0.00 | FA |
| 13 | **Assets** Totals (Excluding unknown values) | **$135,969.00** | **$0.00** |  | **$1,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 1, 2012        **Current Projected Date Of Final Report (TFR):**   December 1, 2012

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 11-50324 |
| **Case Name:** | SOLANO, DANIEL LAWRENCE |
| | SOLANO, CAROLYN YVONNE |
| **Taxpayer ID #:** | **-***2935 |
| **Period Ending:** | 04/16/12 |

| | |
|---|---|
| **Trustee:** | JOHN S. LOVALD (610064) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******33-65 - Checking Account |
| **Blanket Bond:** | $19,967,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/11 | {10} | Carolyn Solano | 14-399050150 | 1129-000 | 200.00 | | 200.00 |
| 01/17/12 | {10} | Daniel Solano | 2nd pmt. | 1129-000 | 200.00 | | 400.00 |
| 02/23/12 | | Daniel Solano | 3rd Pmt. | | 200.00 | | 600.00 |
| | {9} | | 100.00 | 1129-000 | | | 600.00 |
| | {10} | | 100.00 | 1129-000 | | | 600.00 |
| 03/01/12 | {10} | Daniel Solano | 4th payment on car | 1129-000 | 200.00 | | 800.00 |
| 03/21/12 | {10} | Daniel Solano | Final Pmt. | 1129-000 | 200.00 | | 1,000.00 |
| | | | **ACCOUNT TOTALS** | | **1,000.00** | **0.00** | **$1,000.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 1,000.00 |
| Net Estate : | $1,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******33-65** | 1,000.00 | 0.00 | 1,000.00 |
| | **$1,000.00** | **$0.00** | **$1,000.00** |

{} Asset reference(s)

Printed: 04/16/12 10:55 AM

# Claims Distribution Register

Page: 1

### Case: 11-50324   SOLANO, DANIEL LAWRENCE

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4S | 03/12/12 | 100 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 666.00 | 666.00 | 0.00 | 666.00 | 0.00 |
| | | | Priority 100:   0% Paid | | | | | |

**Admin Ch. 7 Claims:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 07/29/11 | 200 | JOHN S. LOVALD<br>Chapter 7 Trustee<br>PO Box 421<br>Deadwood, SD 57732<br><2200-00   Trustee Expenses> | 6.48 | 6.48 | 0.00 | 6.48 | 6.48 |
| | 07/29/11 | 200 | JOHN S. LOVALD<br>Chapter 7 Trustee<br>PO Box 421<br>Deadwood, SD 57732<br><2100-00   Trustee Compensation> | 250.00 | 250.00 | 0.00 | 250.00 | 250.00 |
| | 07/29/11 | 200 | JOHN S. LOVALD<br>Chapter 7 Trustee<br>Box 421<br>Deadwood, SD 57732<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 156.00 | 156.00 | 0.00 | 156.00 | 156.00 |
| | 07/29/11 | 200 | JOHN S. LOVALD<br>Chapter 7 Trustee<br>Box 421<br>Deadwood, SD 57732<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)><br>Sale Motion | 18.72 | 18.72 | 0.00 | 18.72 | 18.72 |
| | | | Total for Priority 200:   100% Paid | $431.20 | $431.20 | $0.00 | $431.20 | $431.20 |
| | | | Total for Admin Ch. 7 Claims: | $431.20 | $431.20 | $0.00 | $431.20 | $431.20 |

**Unsecured Claims:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/12/11 | 610 | Black Hills Federal Credit Union<br>PO Box 1420<br>Rapid City, SD 57709<br><7100-00   General Unsecured § 726(a)(2)> | 1,549.56 | 1,549.56 | 0.00 | 1,549.56 | 264.06 |
| 2 | 12/19/11 | 610 | Regional Health<br>Bankruptcy Department<br>PO Box 3450<br>Rapid City, SD 57709-3450<br><7100-00   General Unsecured § 726(a)(2)> | 375.74 | 375.74 | 0.00 | 375.74 | 64.03 |

Printed: 04/16/12 10:55 AM

# Claims Distribution Register

Page: 2

### Case:  11-50324    SOLANO, DANIEL LAWRENCE

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 3 | 03/09/12 | 610 | HSBC Bank Nevada, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 1,096.96 | 1,096.96 | 0.00 | 1,096.96 | 186.93 |
| 4U | 03/12/12 | 610 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 315.59 | 315.59 | 0.00 | 315.59 | 53.78 |
| | | | **Total for Priority 610:   17.04091% Paid** | $3,337.85 | $3,337.85 | $0.00 | $3,337.85 | $568.80 |
| | | | **Total for Unsecured Claims:** | $3,337.85 | $3,337.85 | $0.00 | $3,337.85 | $568.80 |
| | | | **Total for Case :** | $4,435.05 | $4,435.05 | $0.00 | $4,435.05 | $1,000.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-50324
Case Name: SOLANO, DANIEL LAWRENCE
Trustee Name: JOHN S. LOVALD

**Balance on hand:** $ 1,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4S | United Consumer Financial Services | 666.00 | 666.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN S. LOVALD | 250.00 | 0.00 | 250.00 |
| Trustee, Expenses - JOHN S. LOVALD | 6.48 | 0.00 | 6.48 |
| Attorney for Trustee, Fees - JOHN S. LOVALD | 156.00 | 0.00 | 156.00 |
| Attorney for Trustee, Expenses - JOHN S. LOVALD | 18.72 | 0.00 | 18.72 |

Total to be paid for chapter 7 administration expenses: $ 431.20
Remaining balance: $ 568.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 568.80

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 568.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,337.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Black Hills Federal Credit Union | 1,549.56 | 0.00 | 264.06 |
| 2 | Regional Health | 375.74 | 0.00 | 64.03 |
| 3 | HSBC Bank Nevada, N.A. | 1,096.96 | 0.00 | 186.93 |
| 4U | United Consumer Financial Services | 315.59 | 0.00 | 53.78 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ 568.80 |
| | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ 0.00 |
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**